IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORTLEN WATERS**     **PLAINTIFF**
**#264636**

v.     Case No. 4:24-cv-488-JM

**ERIC S. HIGGINS, Sheriff, Pulaski**
**County Jail and KAREN WHATLEY,**
**Judge, 7th Division, Pulaski County**
**Circuit Court**     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 17th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE